No. 4396.—ALCARAZ, APLDO., v. D'AZIZI, APLTE.—C. D. San Juan. Nov. 22, 1927. En este caso se concluyó que la apelación es enteramente frívola e interpuesta para fines de demora u otros, por lo cual *se desestimó el recurso.*

No. 4401.—TORRES, APLTE., v. MENÉNDEZ ET AL., APLDOS. —C. D. San Juan. Tercería de Bienes muebles. Nov. 22, 1927. Habiéndose interpuesto la apelación en este caso fuera de tiempo por lo cual el Tribunal Supremo no adquirió jurisdicción, *se desestimó el recurso.*

No. 4411.—ABELLA, APLDO., v. SUCN. SABALIER ET AL., APLTES.—C. D. San Juan. Nov. 22, 1927. Se desestimó el recurso en este caso por aparecer que el apelante no radicó en tiempo transcripción alguna de evidencia o de autos.

No. 4412. — ARANDA ET AL., APLDOS., v. ACOSTA ET AL., APLTES.—C. D. Ponce. Nov. 22, 1927. Apareciendo en este caso que la transcripción de la evidencia fué aprobada desde 19 de septiembre último sin que aún se hayan archivado los autos en la Secretaría de este tribunal, *se desestimó el recurso.*

No. 3299.—EL PUEBLO, APLDO., v. SANTIAGO, APLTE.—C. D. San Juan. Nov. 22, 1927. Apareciendo que el único error señalado por el apelante en su alegato se refiere a la apreciación de la prueba por el Juez sentenciador y no existiendo en los autos exposición del caso ni transcripción de evidencia alguna, se confirma la sentencia apelada.

No. 3396.—EL PUEBLO, APLDO., v. TORRES, APLTE.—C. D. Ponce. Nov. 30, 1927. En este caso se desestimó el recurso a petición del fiscal por fallecimiento del acusado y a petición del que fué abogado del apelante se devolvió el caso para que se solicite el sobreseimiento y archivo en la corte inferior.